UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHAWMUT REALTY COMPANY )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>US BANK, NATIONAL ASSOCIATION )<br>AS TRUSTEE FOR LEHMAN BROTHERS)<br>SMALL BALANCE COMMERCIAL )<br>MORTGAGE PASS-THROUGH )<br>CERTIFICATES SERIES 2007-2, ALIAS, )<br>AND JOHN DOE, ALIAS )<br>    Defendants. ) | Civil Action No. 1:16-CV-00113 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
U.S. BANK, NATONAL ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure Rule 7.1 Defendant U.S. Bank National Association, ("U.S. Bank"), by its undersigned counsel, hereby makes the following corporate disclosure: U.S. Bank is a wholly owned subsidiary of its parent corporation, U.S. Bancorp, which is a publicly held company.

                                                            U.S. BANK NATIONAL ASSOCIATION,

                                                            By its attorneys,

                                                            */s/ Michael P. Robinson*
                                                            Michael P. Robinson (BBO #649575)
                                                            SHECHTMAN HALPERIN SAVAGE, LLP
                                                            1080 Main Street
                                                            Pawtucket, RI 02860-4847
                                                            Tel: (401) 272-1400
                                                            Fax: (401) 272-1403
                                                            mrobinson@shslawfirm.com

Dated: March 10, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2016, that I have caused the within Corporate Disclosure Statement to be filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael P. Robinson*